IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

KIMBERLY SHANNON,

    Plaintiff,

v.

    Case No. 20-CV-356-JFH

NASHVILLE LOGISTICS, LLC, et al.,

    Defendants.

## ORDER

The Court has been advised that this action has settled.

**IT IS THEREFORE ORDERED** that the parties shall file a joint stipulation of dismissal of this action with prejudice as to all claims pursuant to Fed. R. Civ. P. 41(a)(1) on or before January 3, 2022.

**IT IS FURTHER ORDERED** that all deadlines set forth in the Amended Scheduling Order [Dkt. No. 33] are hereby vacated.

DATED this 2nd day of December 2021.

                                        JOHN F. HEIL, III
                                      UNITED STATES DISTRICT JUDGE